UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL RENOWITZKY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INC., et al.,<br><br>　　　　Defendants. | Case No. 4:17-cv-00495-KAW<br><br>ORDER TO SHOW CAUSE; ORDER CONTINUING CASE MANAGEMENT CONFERENCE |

This action was filed on January 31, 2017. (Dkt. No. 1.) Pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, Plaintiff has 90 days to complete service of the complaint and summons on Defendants, such that May 1, 2017 was the last day to complete service or to file a Motion for Administrative Relief from the deadline pursuant to Civil L.R. 7-11.

IT IS HEREBY ORDERED that by no later than **May 26, 2017**, Plaintiff shall show cause why this matter should not be dismissed for failure to comply with the deadline to complete service on Defendant or to file a Motion for Administrative Relief.

Additionally, the Case Management Conference scheduled for May 23, 2017 is continued to August 22, 2017 at 1:30 p.m. at U.S. District Court, 1301 Clay Street, Oakland, California.

IT IS SO ORDERED.

Dated: May 8, 2017

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　KANDIS A. WESTMORE
　　　　　　　　　　　　　　　　　United States Magistrate Judge