# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

CARL RENOWITZKY,

    Plaintiff,

v.

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INC., et al.,

    Defendants.

Case No. 17-cv-00495-HSG

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION REGARDING DISMISSAL**

Re: Dkt. No. 6

The Court has reviewed Magistrate Judge Westmore's Report and Recommendation Re Dismissal without Prejudice. The time for objections has passed and none were filed. The Court finds the Report correct, well-reasoned and thorough, and adopts it in every respect. Accordingly,

IT IS HEREBY ORDERED that this case is dismissed without prejudice for failure to prosecute. The Clerk is directed to close the file.

**IT IS SO ORDERED.**

Dated: July 6, 2017

HAYWOOD S. GILLIAM, JR.
United States District Judge